IN THE UNITED STATES DISTRICT COURT FOR THE ELEVENTH JUDICIAL CIRCUIT, SANGAMON COUNTY, SPRINGFIELD, IL.

| | |
|---|---|
| MICHEAL W. GRAGG, | ) CASE NO.: _____ |
| PLAINTIFF, | ) ADA CIVIL RIGHTS VIOLATION, |
| V. | ) DISCRIMINATION, |
| SANGAMON COUNTY ANIMAL CONTROL. | ) |
| | ) |

FILED
JUL 19 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

1. THAT I THE PLAINTIFF AM CURRENTLY HOMELESS BUT MY MAILING ADDRESS IS: 1023 E. WASHINGTON STREET, SPRINGFIELD, IL. 62703.
2. THAT I HAD A SEEING EYE DOG THAT WAS A FANCY COLLIE NAMED LASSIE APRIL 2021.
3. THAT DEFENDANTS UNDER THE DIRECTION OF THE PRESIDENT OF K9 WILD JILL EGIZII SEIZED MY SEEING EYE DOG A FANCY COLLIE NAMED LASSIE, IN MAY OF 2021.
4. THAT AFTER SEIZING THE DOG PRESIDENT OF K9 WILD JILL EGIZII FILED A CRIMINAL MATTER AGAINST ME AT SANGAMON COUNTY CIRCUIT COURT CASE NO.: 21CM301.
5. THAT MY FIRST CASE GOT POSTPONED BECAUSE I WAS IN THE HOSPITAL AND STILL AM IN THE HOSPITAL I WAS RELEASED FOR A COUPLE OF WEEKS AND THREE WEEKS AGO WAS ADMITTED BACK AT MEMORIAL MEDICAL CENTER.
6. THAT I AM IN ROOM E251 AT MEMORIAL MEDICAL CENTER SINCE JULY 5, 2021 MY FIRST COURT APPOINTMENT WAS SUPPOSED TO BE JUNE 8, I GOT RELEASED JUNE 24, 2021 BACK ADMITTED AGAIN JULY 5, 2021 AND I AM STILL IN THE HOSPITAL SO I CALLED THE STATES ATTORNEY THEY SAID TO FAX THE ADMISSION PAPERS TO THEM AND THEY WOULD POSTPONE THE CASE AND I DID AND THEY POSTPONED THE CASE UNTIL AUG. 26, 2021.
7. THAT ANIMAL CONTROL SEIZED THE DOG IN MAY.
8. THAT LASSIE WAS A SEEING EYE DOG MAKING THIS A CIVIL RIGHTS VIOLATION AND DISCRIMINATION.
9. THAT THE LEGAL DEFINITION OF A CIVIL RIGHTS VIOLATION IS VERY BROAD BUT INCLUDES DISCRIMINATION AND THE LEGAL DEFINITION OF DISCRIMINATION IS TO DISCRIMINATE IN THE BASIS OF HOUSING, EMPLOYMENT, IN ANY AREA DEFENDANTS DISCRIMINATED AGAINST ME IN SEVERAL WAYS I AM COMPLETELY BLIND LASSIE WAS MY EYES, I

SUFFER FROM GLAUCOMA, DETACHED RETINAS, AND BLUNT FORCE TRAUMA MAKING THIS DISCRIMINATION AGAINST A SEEING EYE DOG THAT CLEARLY LASSIE WAS, I AM DISABLED ALSO IN THAT I HAVE HEART ISSUES, KIDNEY FAILURE REQUIRING DIALYSIS TUESDAY, THURSDAY AND SATURDAY BETWEEN 11 AM-2:30 PM, AND NOW I HAVE A BLOCKAGE THAT REQUIRED SURGERY 2 DAYS AGO.

10. FOR THE REASONS SET FORTH BELOW I PRAY THE FOLLOWING FOR DEFENDANT'S SANGAMON COUNTY ANIMAL CONTROL DEFENDANTS TO SEIZE AND DESIST FROM ANY FURTHER DISCRIMINATION, HARRASSMENT, AGAINST ME THE PLAINTIFF MICHEAL W. GRAGG,

11. FOR THE SUM OF 75,000 + PAIN AND SUFFERING.

_____    ___MON, July 19___, 2021 3:50 PM.
MICHEAL W. GRAGG.         Saturday, July 17, 2021 3:50 PM.

I, PLAINTIFF MICHEAL W. GRAGG SWEAR TO FILE THIS CASE IN THE UNITED STATES DISTRICT COURT FOR THE ELEVENTH JUDICIAL CIRCUIT MONDAY, JULY 19, 2021 AT 9 AM.

_____    ___MON, July 19___, 2021 3:52 PM.
MICHEAL W. GRAGG.         Saturday, July 17, 2021 3:52 PM.

I, PLAINTIFF MICHEAL W. GRAGG SWEAR THAT A COPY OF THIS COMPLAINT WILL BE MAILED TO THE DEFENDANTS SANGAMON COUNTY ANIMAL CONTROL ON TUESDAY, JULY 20, 2021 AT 10 AM.

_____    ___MON, July 19,___, 2021 3:53 PM.
MICHEAL W. GRAGG          Saturday, July 17, 2021 3:54 PM.